**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**Glenn Hall**                                        :  **CHAPTER 13**
    **Debtors**                    :  **BANKRUPTCY NO.  20-10998**

**ORDER TO ALLOW COUNSEL FEES**

    **AND NOW,** this          day of          , 20__, upon consideration of
the foregoing Application and upon Notice, Opportunity for hearing and
Certification of No Objection, counsel fees are allowed in the following
amount:

        Counsel Fee:                    $3500.00
        Total paid by Debtor(s):        $2000.00
        $1500.00 to be paid in Plan
        Filing Fee paid by Debtor(s)
The amount paid is for counsel's handling of Debtor(s) above-captioned
Chapter 13 case.

    In the event debtor(s) case is dismissed prior to Confirmation, the
Chapter 13 Trustee is authorized to distribute to said Applicant as an
Administrative Expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section
507, 11 U.S.C. 503(b) and 11 U.S.C. Section 330 (a)(4)(B), the allowed
compensation set forth above less $2,000.00 which was paid by Debtor(s).

    Date:_____          _____

                                             J.