**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

GLENN HALL                                    Chapter 13

                              Debtor.          Case No. 20-10998

## PRAECIPE TO WITHDRAW PETITION

TO THE CLERK:

Kindly withdraw Docket Entry #14 in the above matter as it was filed in error.

Dated: April 1, 2020                    /s/
                                        _____
                                        Gary E. Thompson, Esquire
                                        150 East Swedesford Road, Suite 102
                                        Wayne, Pennsylvania 19087
                                        Tel: (610) 975-9737
                                        Fax: (610) 975-0826

                                        *Attorney for Debtor*