UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Glenn Hall | Bankruptcy No.20-10998-AMC |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 1st day of July, 2020, by first class mail upon those listed below:

Glenn Hall
5 Little John Circle
Avondale, PA  19311

**Electronically via CM/ECF System Only:**

GARY E THOMPSON ESQ
150 E SWEDESFORD ROAD
1ST FLOOR
WAYNE, PA  19087

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee