**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: Glenn Hall**                                                                 **CHAPTER 13**
          **Debtor**

                                                          **BANKRUPTCY NO. 20-10998**

**CERTIFICATE OF SERVICE**

I, Gary E. Thompson, Esquire, hereby certify that I have served an Amended Plan by US Mail and the court's electronic filing system on or about July 6, 2020 to the following:

United States Trustee
833 Chestnut Street
Philadelphia, PA 19106

Trustee Scott Waterman
POB 4010
Reading, PA 19606


All Creditors on Matrix

.

                                                                       /S/
                                                    GARY E. THOMPSON, ESQUIRE
                                                    Attorney for Debtor.

7/6/20