BESTBOY AUDIO
3 Little John Circle, Meadville, PA
16311 phito fo-268-0532

## MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

MARCH

**Debtor Name:** Glenn Hall
**Case No:** 20-10998-JKF
**Business Name:** BEST BOY AUDIO
**For the Month & Year (1/05, etc.):** 3/20

Covid is effecting us!

**BUSINESS INCOME:**
(1) Actual Income from Sales & Service    $ 2270
(2) Other (Specify)                       $
(3) Other (Specify)                       $
(4) Total Actual Income (1+2+3)           $ 2270

**ACTUAL BUSINESS EXPENSE PAID**
(5) Rent/Lease                                        $
(6) Utilities (Electricity, Gas, Water&Sewer)         $ 170
(7) Telephone                                         $ 50
(8) Insurance                                         $ 38
(9) Wages for Employees                               $
(10) Wages for Self/Owner(s)                          $
(11) Taxes                                            $
(12) Gas and Fuel for Business Vehicles               $
(13) Other (Specify)                                  $
(14) Other (Specify)                                  $
(15) Other (Specify)                                  $
(16) Total Actual Business Expenses Paid Or $ 258
     (sum of 5 through 16)

(17) Net Business Income/Loss (line 4-Line 16) $ 2012
(18) Net Wages From Regular Employment-Del  $ 0
(19) Net Wages From Regular Employment-Spc $ 0
(20) Amount Carried Over From Last Month    $ 1300
(21) Total Net Monthly Income (sum of 17 thr $ 3312
                                    17+20

**PERSONAL**
(22) Rent/Mortgage                                 $ 1707.82
(23) Utilities (gas, electric, water, sewer, fuel) $ 130
(24) Telephone                                     $ 108
(25) Food                                          $ SNAP
(26) Transportation (fuel, tolls, parking)         $ 180
(27) Other (specify)                               $ 146 CABLE, INTERNET, FAX
(28) Other (specify)                               $
(29) Other (specify)                               $ 50 ADVERTISE (MAILERS)
(30) Other (specify)                               $
(31) Other (specify)                               $
(32) Total Actual Personal Expenses Paid (22 $ 2253.82

**NET INCOME (LOSS)**
(33) Gross Excess Income (line 21 - line 32) $ 1058.18
(34) MONTHLY CHAPTER 13 PLAN PAYMENTS $ 1850
(35) Net Excess Income (line 33 - line 34)   $
     carry amount on line 35 to next month line 20  -791.82

**EXHIBIT D**