BESTBOY AUDIO
9 Little John Circle, Avondale, PA
19311 ph:610-268-0552

April

## MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: **Glenn Hall**
Case No: **20-10998-JKF**
Business Name: **Best Boy Audio**
For the Month & Year (1/05, etc.): **April**

**BUSINESS INCOME:**
(1) Actual Income from Sales & Service    $ **0**
(2) Other (Specify)    $
(3) Other (Specify)    $
(4) Total Actual Income (1+2+3)    $ **0**

**ACTUAL BUSINESS EXPENSE PAID**
(5) Rent/Lease    $
(6) Utilities (Electricity, Gas, Water&Sewer)    $
(7) Telephone    $
(8) Insurance    $ **38**
(9) Wages for Employees    $
(10) Wages for Self/Owner(s)    $
(11) Taxes    $
(12) Gas and Fuel for Business Vehicles    $
(13) Other (Specify)    $
(14) Other (Specify)    $
(15) Other (Specify)    $
(16) Total Actual Business Expenses Paid Or $ **38**
   (sum of 5 through 16)

(17) Net Business Income/Loss (line 4-Line 16) $ **-38**
(18) Net Wages From Regular Employment-Del $ **0**
(19) Net Wages From Regular Employment-Spx $ **0**
(20) Amount Carried Over From Last Month    $
(21) Total Net Monthly Income (sum of 17 thr $ **-38**

**PERSONAL**
(22) Rent/Mortgage    $ **1707.82**
(23) Utilities (gas, electric, water, sewer, fuel)    $ **158**
(24) Telephone    $ **100**
(25) Food    $ **SNAP**
(26) Transportation (fuel, tolls, parking)    $ **50**
(27) Other (specify)    $
(28) Other (specify)    $ **146 CABLE, INTERNET, FAX**
(29) Other (specify)    $
(30) Other (specify)    $
(31) Other (specify)    $
(32) Total Actual Personal Expenses Paid (22 $ **2153.82**

**NET INCOME (LOSS)**
(33) Gross Excess Income (line 21 - line 32) $ **-2,191.82**
(34) MONTHLY CHAPTER 13 PLAN PAYMENT $ **1850**
(35) Net Excess Income (line 33 - line 34)    $
   carry amount on line 35 to next month line 20 **-4041.82**

Covid 19 greatly effected this month. Things are however getting better as things loosen up

**EXHIBIT D**