*BESTBOY AUDIO*
*9 Little John Circle Aventine, PA*
*19311 phone 264-0552*

5/20
MAY

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

**Debtor Name:** Glenn Hall    Bestboy Audio
**Case No:** 20-10998 - JKF
**Business Name:** Bestboy Audio
**For the Month & Year (1/05, etc.):** May 2020

No work 19 )
(Due To covid)
* 50% of my
business is with
Houses of Worship
And they were
all closed tight
in May + April
and June
I'm looking for
other work
in Streaming
And they are
slowly allowing
work to be
done on their
premises

**BUSINESS INCOME:**

| | | | |
|---|---|---|---|
| (1) | Actual Income from Sales & Service | $ | 0 |
| (2) | Other (Specify) | $ | |
| (3) | Other (Specify) | $ | |
| (4) | Total Actual Income (1+2+3) | $ | 0 |

**ACTUAL BUSINESS EXPENSE PAID**

| | | | |
|---|---|---|---|
| (5) | Rent/Lease | $ | |
| (6) | Utilities (Electricity, Gas, Water&Sewer) | $ | |
| (7) | Telephone | $ | |
| (8) | Insurance | $ | 38 50 |
| (9) | Wages for Employees | $ | |
| (10) | Wages for Self/Owner(s) | $ | |
| (11) | Taxes | $ | |
| (12) | Gas and Fuel for Business Vehicles | $ | |
| (13) | Other (Specify) | $ | |
| (14) | Other (Specify) | $ | |
| (15) | Other (Specify) | $ | |
| (16) | Total Actual Business Expenses Paid O (sum of 5 through 16) | $ | 88 |
| (17) | Net Business Income/Loss (line 4-Line 16) | $ | -88 |
| (18) | Net Wages From Regular Employment-Del | $ | 0 |
| (19) | Net Wages From Regular Employment-Sp | $ | 0 |
| (20) | Amount Carried Over From Last Month | $ | |
| (21) | Total Net Monthly Income (sum of 17 thr | $ | -88 |

17-20

**PERSONAL**

| | | | |
|---|---|---|---|
| (22) | Rent/Mortgage | $ | 1767.82 |
| (23) | Utilities (gas, electric, water, sewer, fuel) | $ | 180 |
| (24) | Telephones | $ | 100 |
| (25) | Food | $ | SNAP |
| (26) | Transportation (fuel, tolls, parking) | $ | 80 |
| (27) | Other (specify) | $ | |
| (28) | Other (specify) | $ | 146 TV/Internet + tax |
| (29) | Other (specify) | $ | |
| (30) | Other (specify) | $ | |
| (31) | Other (specify) | $ | |
| (32) | Total Actual Personal Expenses Paid (22 | $ | 2213.82 |

**NET INCOME (LOSS)**

| | | | |
|---|---|---|---|
| (33) | Gross Excess Income (line 21 - line 32) | $ | -2301.82 |
| (34) | MONTHLY CHAPTER 13 PLAN PAYMEN1 | $ | 1850 |
| (35) | Net Excess Income (line 33 - line 34) | $ | -4151.82 |
| | carry amount on line 35 to next month line 20 | | |

-4151.82

**EXHIBIT D**