BESTBOY AUDIO
5 Little John Circle, Aldan, PA
(631) (610-268-0552

_June_

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: _Glenn Hall_
Case No: _20 - 10998 - JKF_
Business Name: _BESTBOY AUDIO_
For the Month & Year (1/05, etc.): _6/20_

**BUSINESS INCOME:**

| | | |
|---|---|---|
| (1) | Actual Income from Sales & Service | $ 6,100 |
| (2) | Other (Specify) | $ |
| (3) | Other (Specify) | $ 6100 |
| **(4)** | **Total Actual Income (1+2+3)** | $ 6100 |

**ACTUAL BUSINESS EXPENSE PAID**

| | | |
|---|---|---|
| (5) | Rent/Lease | $ |
| (6) | Utilities (Electricity, Gas, Water&Sewer) | $ |
| (7) | Telephone | $ 50 |
| (8) | Insurance | $ 38 |
| (9) | Wages for Employees | $ 0 |
| (10) | Wages for Self/Owner(s) | $ 0 |
| (11) | Taxes | $ 0 |
| (12) | Gas and Fuel for Business Vehicles | $ 80 |
| (13) | Other (Specify) | $ |
| (14) | Other (Specify) | $ |
| (15) | Other (Specify) | $ |
| **(16)** | **Total Actual Business Expenses Paid Or** (sum of 5 through 16) | $ 188 |
| (17) | Net Business Income/Loss (line 4-Line 16) | $ 5912 |
| (18) | Net Wages From Regular Employment-Del | $ |
| (19) | Net Wages From Regular Employment-Spc | $ 0 |
| (20) | Amount Carried Over From Last Month | $ |
| **(21)** | **Total Net Monthly Income (sum of 17 thr** | $ 5912 |

**PERSONAL**

| | | |
|---|---|---|
| (22) | Rent/Mortgage | $ 1,707.82 |
| (23) | Utilities (gas, electric, water, sewer, fuel) | $ 145 |
| (24) | Telephone | $ 100 snap |
| (25) | Food | $ |
| (26) | Transportation (fuel, tolls, parking) | $ 100 |
| (27) | Other (specify) | $ 146 intrernet cable |
| (28) | Other (specify) | $ |
| (29) | Other (specify) | $ |
| (30) | Other (specify) | $ |
| (31) | Other (specify) | $ |
| **(32)** | **Total Actual Personal Expenses Paid (22** | $ 2,198.82 |

**NET INCOME (LOSS)**

| | | |
|---|---|---|
| (33) | Gross Excess Income (line 21 - line 32) | $ 3713.18 |
| (34) | MONTHLY CHAPTER 13 PLAN PAYMEN1 | $ 1850.00 |
| (35) | Net Excess Income (line 33 - line 34) | $ 1863.18 |
| | carry amount on line 35 to next month line 20 | |

$1,863.18

**EXHIBIT D**