# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Glenn Hall<br>　　　　　　　Debtor | CHAPTER 13 |
| Wells Fargo Bank, National Association, as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2006-AR3, Mortgage Pass-Through Certificates, Series 2006-AR3<br>　　　　　　　Movant<br>　　vs. | NO. 20-10998 AMC |
| Glenn Hall　　　　　　　Debtor<br><br>Joann Hall　　　　　　　Co-Debtor<br><br>Scott F. Waterman　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this　　　day of　　　　　　, 2020 at Philadelphia, upon failure of Debtor, the Co-Debtor, and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay and Co-Debtor Stay is granted, and both the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the Co-Debtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 5 Little John Circle, Avondale, PA 19311 ("Property), as to Movant, its successors or assignees.

**Date: August 5, 2020**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Glenn Hall
5 Little John Circle
Avondale, PA 19311

Joann Hall
5 Little John Circle
Avondale, PA 19311

GARY E. THOMPSON ESQUIRE
150 E. Swedesford Road
Suite 102
Wayne, PA 19087

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532