# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Glenn Hall
Case No: 20-1099X
Business Name: Bestbey Audio
For the Month & Year (1/05, etc.): JULY 2020

**BUSINESS INCOME:**
(1) Actual Income from Sales & Service  $ 1800
(2) Other (Specify)  $
(3) Other (Specify)  $ 692   Social Security
(4) Total Actual Income (1+2+3)  $ 2492

**ACTUAL BUSINESS EXPENSE PAID**
(5) Rent/Lease  $
(6) Utilities (Electricity, Gas, Water&Sewer)  $
(7) Telephone  $ 38
(8) Insurance  $
(9) Wages for Employees  $
(10) Wages for Self/Owner(s)  $
(11) Taxes  $
(12) Gas and Fuel for Business Vehicles  $ 90
(13) Other (Specify)  $
(14) Other (Specify)  $
(15) Other (Specify)  $
(16) Total Actual Business Expenses Paid Or $ 128
(sum of 5 through 16)

(17) Net Business Income/Loss (line 4-Line 16)  $ 2314
(18) Net Wages From Regular Employment-Del  $ 0
(19) Net Wages From Regular Employment-Sp  $ 0
(20) Amount Carried Over From Last Month  $ 1,663
(21) Total Net Monthly Income (sum of 17 thr  $ 4177

**PERSONAL**
(22) Rent/Mortgage  $ 1707.82
(23) Utilities (gas, electric, water, sewer, fuel)  $ 200
(24) Telephone  $
(25) Food  $ SNAP
(26) Transportation (fuel, tolls, parking)  $ 50
(27) Other (specify)  $ 86  Cable Internet
(28) Other (specify)  $
(29) Other (specify)  $
(30) Other (specify)  $
(31) Other (specify)  $
(32) Total Actual Personal Expenses Paid  $ 2043.82

**NET INCOME (LOSS)**
(33) Gross Excess Income (line 21 - line 32)  $ 2134.82
(34) MONTHLY CHAPTER 13 PLAN PAYMENTS  $ 1850.00
(35) Net Excess Income (line 33 - line 34)  $ 284.82
carry amount on line 35 to next month line 20

**EXHIBIT D**