# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **GLENN HALL** | : | CHAPTER 13 |
| Debtor | : | |
| | : | BANKRUPTCY NO. 20-10998 |

## MOTION TO VACATE DISMISSAL

Debtor Glenn Hall, by and through his attorney, Gary E. Thompson, Esquire, respectfully represents the following:

1. Debtor commenced this case on February 19, 2020 by filing the above numbered voluntary Chapter 13 petition under Title XI, U.S. Code.

2. On or about August 5, 2020, secured creditor Wells Fargo requested and was granted Relief from the Automatic Stay.

3. Subsequent to the Order for Relief being entered, it was determined that Debtor was in fact current with the secured creditor Wells Fargo and the parties have mutually agreed to enter into a Stipulation to Vacate the Order for Relief.

4. However, prior to the Stipulation being agreed upon, the matter was dismissed by Trustee Scott Waterman and this Honorable Court on or about August 12, 2020, solely on the basis that Relief was previously entered and Confirmation of the Plan would not be feasible.

5. Debtor is otherwise current with payments to the trustee and if the Order to Vacate Dismissal is granted, the Plan is confirmable.

WHEREFORE, Debtor requests this Honorable Court for an Order vacating the dismissal and reopening debtor's case.

Respectfully submitted,

/s/ Gary E. Thompson
_____
GARY E. THOMPSON, ESQ.
Attorney for Debtor