**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GLENN HALL** | **CHAPTER 13** |
| Debtor | |
| | **BANKRUPTCY NO. 20-10998** |

**CERTIFICATE OF SERVICE**

I, Gary E. Thompson, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have sent copies of the Motion to Vacate Dismissal, pursuant to Local Rule 1009.1(b), by regular mail and by the Court's Electronic Filing System. to the addresses indicated below:

U. S. Trustee's Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Trustee Scott Waterman
POB 4010
Reading, PA 19606

All Creditors on Matrix


      /S/  Gary E. Thompson
GARY E. THOMPSON, ESQUIRE
Attorney for Debtor.