**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: GLENN HALL | : | **CHAPTER 13** |
| **Debtor** | : | |
| | | **BANKRUPTCY NO. 20-10998** |

**ORDER**

AND NOW, this _____ day of _____, 2020, upon consideration of Debtor's Motion to Vacate Dismissal, it is hereby ORDERED that said Motion be GRANTED and that the Dismissal Order entered on August 12, 2020 is hereby VACATED.

_____
J.

Date: _____