# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:
Glenn Hall

Bankruptcy Case No: 20-10998

Debtors.

## CERTIFICATION OF NO RESPONSE

I, GARY E. THOMPSON, ESQUIRE, attorney for Debtors, do hereby certify the following:

1. On August 31, 2020, I served via first class regular mail a true and correct copy of Debtors' Motion to Vacate Dismissal Order to the Trustee Office, and to all Creditors on the Matrix.

2. I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Motion.

Dated: September 23, 2020      */s/ Gary E. Thompson*
                               **GARY E. THOMPSON, ESQUIRE**

                               Counsel for Debtors,