## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: GLENN HALL                  :            CHAPTER 13
        Debtor       :
                                                  BANKRUPTCY NO. 20-10998

**ORDER**

AND NOW, this _____ day of _____,2020, upon consideration of Debtor's Motion to Vacate Dismissal, it is hereby ORDERED that said Motion be GRANTED and that the Dismissal Order entered on August 12, 2020 is hereby VACATED.

**Date: September 30, 2020**

                                                      _____
                                                                              J.

Date: _____