UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 13

GLENN HALL : Bankruptcy No. 20-10998AMC

Debtor(s) :

## PRAECIPE

Kindly (re)schedule a Confirmation Hearing on <u>November 4, 2020</u> at 10:00 A.M. in the above-captioned matter, with notice to debtor(s), debtor's counsel, standing trustee and all creditors.

Respectfully submitted,

Date: October 13, 2020
*/s/Polly A. Langdon*
Polly A. Langdon, Esq.
for
Scott F. Waterman, Esq.,
Chapter 13 Standing Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410
Telephone: (610) 779-1313