Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 20-10998-AMC**

Glenn Hall  
5 Little John Circle  
Avondale  PA    19311

Petition Filed Date: 02/19/2020  
341 Hearing Date: 03/27/2020  
Confirmation Date: 12/02/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/08/2020 | $1,850.00 | | 05/08/2020 | $1,850.00 | | 06/03/2020 | $1,850.00 | |
| 07/08/2020 | $1,850.00 | | 08/13/2020 | $1,852.00 | | 11/05/2020 | $3,704.00 | |
| 11/12/2020 | $1,850.00 | | 12/08/2020 | $1,850.00 | | 01/06/2021 | $1,850.00 | |
| 02/02/2021 | $1,850.00 | | 03/03/2021 | $1,850.00 | | 03/31/2021 | $1,850.00 | |
| 04/30/2021 | $1,850.00 | | 06/03/2021 | $1,850.00 | | | | |

**Total Receipts for the Period: $27,756.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $27,756.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Glenn Hall | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | SELECT PORTFOLIO SERVICING INC »» 001 | Mortgage Arrears | $98,215.72 | $21,943.47 | $76,272.25 |
| 2 | PA DEPARTMENT OF REVENUE | Priority Crediors | $371.55 | $371.55 | $0.00 |
| 0 | GARY E THOMPSON ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

**Chapter 13 Case No. 20-10998-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,756.00 | Current Monthly Payment: | $1,852.00 |
| Paid to Claims: | $23,815.02 | Arrearages: | $14.00 |
| Paid to Trustee: | $2,275.98 | Total Plan Base: | $111,110.00 |
| Funds on Hand: | $1,665.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.