# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Glenn Hall<br>　　　　　　Debtor(s)<br><br>Wells Fargo Bank, National Association, as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2006-AR3, Mortgage Pass-Through Certificates, Series 2006-AR3<br>　　　　　　v.<br>Glenn Hall<br>　　　　and<br>Scott F. Waterman<br>　　　　　　Trustee | Chapter 13<br><br>NO. 20-10998 AMC |

## ORDER

　　　　AND NOW, this 　　　 day of 　　　　　, 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on November 4, 2020 it is ORDERED AND DECREED that:

　　　　The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Wells Fargo Bank, National Association, as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2006-AR3, Mortgage Pass-Through Certificates, Series 2006-AR3 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5 Little John Circle Avondale, PA 19311.

　　　　The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　　　_[signature]_
**Date: May 2, 2022**　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Glenn Hall
5 Little John Circle
Avondale, PA 19311

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

GARY E. THOMPSON ESQUIRE
150 E. Swedesford Road
Suite 102
Wayne, PA 19087

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532